Robert Fish (California State Bar No. 149711)
Mei Tsang (California State Bar No. 237959)
Josh Emory (California State Bar No. 247398)
Fish & Associates, PC
2603 Main Street, Suite 1000
Irvine, California 92614-6232
Telephone:  949-943-8300
Facsimile:  949-943-8358

Attorneys for Defendant Bird-B-Gone, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BIRD BARRIER AMERICA, INC., a California Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>BIRD-B-GONE, INC., a California corporation, and DOES 1 to 10,<br><br>    Defendants. | **Case No.:**  SACV 09-0418 AG (MLGx)<br><br>**DECLARATION OF BRUCE DONOHO IN SUPPORT OF BIRD-B-GONE'S MOTION FOR SUMMARY ADJUDICATION OF NON-INFRINGEMENT ON BIRD BARRIER'S CLAIM ONE FOR PATENT INFRINGEMENT**<br><br>**DATE:  November 30, 2009**<br>**TIME:   10 am**<br>**COURTROOM:  10D**<br><br>Judge: Hon. Andrew J. Guilford<br><br>Trial Date: none set |

I, Bruce Donoho, declare under the penalty of perjury that the following is true and correct:

1.      I am the President and Chief Executive Office Defendant BIRD-B-GONE, INC. ("BBG").

DECLARATION OF BRUCE DONOHO IN SUPPORT OF BIRD-B-GONE'S MOTION FOR
SUMMARY ADJUDICATION OF NON-INFRINGEMENT

1    2.    I submit this declaration in support of BBG's Motion For Summary

2  Adjudication Of Non-Infringement.  I have personal knowledge of the facts set

3  forth herein and, if called as a witness, could and would competently testify as

4  stated.

5    3.    BBG has sold various bird deterrent products that used electrically

6  conductive elements having multiple strands braided together ("the Old Bird Jolt").

7    4.    By to January 27, 2009 BBG had stopped all sales of the Old Bird Jolt

8  products.

9    5.    On or about January 27, 2009, BBG returned all remaining stock of

10  the Old Bird Jolt to the factory, paying about $4000 in return charges.

11    6.    On or about February 9, 2009, BBG began selling a redesigned bird

12  deterrent product, (the "New Bird Jolt").  The new version is not braided, and does

13  not have three or more strands per conductive element.  Instead, the New Bird Jolt

14  used electrically conductive elements having an inner knitted tube formed from a

15  single strand, and an outer knitted tube formed from a single strand.

16

17

18

19
    Dated:  November 3, 2009    By: _____
20
                                    Bruce Donoho, Declarant
21

22

23

24

25

DECLARATION OF BRUCE DONOHO IN SUPPORT OF BIRD-B-GONE'S MOTION FOR
SUMMARY ADJUDICATION OF NON-INFRINGEMENT